UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────────────────X

THE FIRST LIBERTY INSURANCE
CORPORATION,

        Plaintiff,

  -against-                                   MEMORANDUM & ORDER
                                              06-CV-2824 (NGG) (VVP)

S & Y HOME IMPROVEMENT, INC.,

        Defendant.
──────────────────────────────────────────X

NICHOLAS G. GARAUFIS, United States District Judge.

    Plaintiff First Liberty Insurance Corporation ("Plaintiff") filed the Complaint in this case on June 6, 2006, and the Summons was returned unexecuted as to Defendant S & Y Home Improvement, Inc. on August 9, 2006. Since that time, Plaintiff has taken no further action to prosecute its claim. Plaintiff is advised that if by August 25, 2008, it has not taken any action to prosecute the claim, this action will be dismissed for failure to prosecute.

SO ORDERED.

Dated:  August 19, 2008                    /s Nicholas G. Garaufis
         Brooklyn, New York            NICHOLAS G. GARAUFIS
                                                        United States District Judge